Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: Brian Tanz
SSN: xxx–xx–8520
EIN:
ADDRESS: 7004 Boulevard East
Apt 15L
Guttenberg, NJ 07093

Case No: 05–34935–RG
Chapter: 13
Judge: Rosemary Gambardella

Debtor(s)

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

Schedules A through J (except F), Summary of Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation and Chapter 13 Plan

2. This case will be dismissed on August 18, 2005, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before August 18, 2005.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: August 4, 2005
JJW: blh

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.